## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**JESUS GONZALEZ,**

    Plaintiff                                                        Case Number: 1:24-cv-21290-RAR

**V.**

**LEASEFLORIDA HIALEAH LLC.**

    Defendant

_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice as to all Defendant(s) and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

                                                                           Respectfully submitted,

Dated: May 15, 2024                          */s/ Alberto R. Leal*.
                                                    Alberto R. Leal, Esq., P.A.
                                                    Florida Bar No.: 1002345
                                                    E-Mail: albertolealesq@gmail.com
                                                    Phone: 954-637-1868